IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  15-cv-00067-REB-CBS

VICTORIA SINS, an individual,

      Plaintiff,

v.

SKYWEST AIRLINES, INC., a Utah Corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#34][1] filed September 30, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set February 19, 2016, is vacated;

4. That the jury trial set to commence March 7, 2016, is vacated;

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5. That the **Unopposed Motion for Extension of Time To File Stipulation for Dismissal** [#33] filed September 30, 2015, is denied as moot; and

6. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated October 1, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge